# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00446-CV

**Clyde Dennis Glenn, Appellant**

**v.**

**Sharon Jane Glenn, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT NO. 14,482, HONORABLE JOE CARROLL, JUDGE PRESIDING

Appellant filed his notice of appeal on June 18, 2002. By letter of July 29, 2002, this Court notified the district-court clerk and the court reporter that the clerk=s record and reporter=s record were overdue. Each notified us that appellant had not made any payment arrangements for the record. *See* Tex. R. App. P. 35.3(a)(2), (b)(3) (satisfactory payment arrangements must be made before clerk and reporter become responsible for preparing record). Appellant did not file an affidavit of indigence either in the trial court or in this Court before or with his notice of appeal. *See* Tex. R. App. P. 20.1(c); *Ford v. Whitehead*, 2 S.W.3d 304, 306 (Tex. App.CSan Antonio 1999, order). This Court notified appellant that he had to make payment arrangements for the record by August 26, 2002, or his appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b) (no clerk=s record filed due to appellant=s

fault after opportunity to cure given).  Appellant has not cured the failure to make payment arrangements.

Accordingly, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed for Want of Prosecution

Filed:   October 10, 2002

Do Not Publish

2